**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6592**

GEORGE CLEVELAND, III,

Petitioner - Appellant,

v.

DIRECTOR JERRY B. ADGER, of the South Carolina Department of Probation Parole & Pardon Services (SCPPPS); THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge.  (4:17-cv-02112-RBH)

Submitted:  October 23, 2018                     Decided:  October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Cleveland, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order denying as moot his motion to reconsider a prior order dismissing without prejudice his 28 U.S.C. § 2254 (2012) petition, and denying his motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm. Although we grant leave to proceed in forma pauperis, we deny as unnecessary a certificate of appealability. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*